## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR435** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **JUAN LOPEZ-PAIZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Reconsideration (Filing No. 45) filed pursuant to Federal Rule of Civil Procedure 60(b)(6) with respect to the Court's Memorandum and Order (Filing No. 41) summarily denying his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The Defendant requests that this Court relieve him of the "Order of Dismissal" and that "the Court grant him leave to file an Amended Motion, . . ." The Motion for Reconsideration has been carefully considered and the Court finds that it should be denied. The Defendant is advised that his case is concluded. Any further pro se motions will likely not be considered by the Court and will be returned to the Defendant.

IT IS ORDERED that the Defendant's Motion for Reconsideration (Filing No. 45) filed pursuant to Federal Rule of Civil Procedure 60(b)(6) is denied.

DATED this 18th day of April, 2014.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge